UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:12CR243 JAR |
| | ) | |
| MICHAEL GLOVER a/k/a, | ) | |
| Born Taleem Bey, | ) | |
| Defendant. | ) | |

## ORDER

This matter is before the Court on Defendant's Motion to Suppress Evidence (ECF No. 121). Pursuant to 28 U.S.C. § 636(b), this matter was referred to United States Magistrate Judge Frederick R. Buckles, who filed a Report and Recommendation on February 14, 2013 (ECF No. 136). Defendant filed objections to the Report and Recommendation (ECF No. 143).

The Magistrate Judge recommends that Defendant's Motion to Suppress Evidence be denied. After de novo review of this matter, this Court adopts the Magistrate Judge's recommendation.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the United States Magistrate Judge [136] is **SUSTAINED, ADOPTED, AND INCORPORATED** herein.

**IT IS FURTHER ORDERED** that Defendant's Motion to Suppress Evidence [121] is **DENIED**.

Dated this 21st day of February, 2013.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE